# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2017

Stephen J. Markman,
Chief Justice

155130

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 155130
      COA: 328323
      Washtenaw CC: 13-000157-FC

AVANTIS DOMINIQUE PARKER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      WILDER, J., took no part in the decision of this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk

d0503